IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   15-cv-01803-RBJ | Date:  March 25, 2016 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| BRIAN A. WALSH  **Plaintiff** | *Sharah T. McEahern*<br>*David J. McGlothlin* |
| v. | |
| SPECIALIZED LOAN SERVICING LLC  **Defendant** | *Matthew A. Moor* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  1:29 p.m.

Appearance of counsel.

Discussion held on claims and defenses.

**ORDERED:**  [30] Motion to Dismiss or Alternatively Motion to Stay is GRANTED IN PART.  Motion to Stay is granted.

**FIVE DAY JURY TRIAL** is set for **June 12, 2017, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **May 25, 2017, at 1:30 p.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed.

**The Court accepts the proposed limits and deadlines which include:**

Discovery cut-off:   December 30, 2016.

Dispositive motion deadline:   March 3, 2017.

Discussion held on discovery disputes, protective orders and settlement conference.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  1:48 p.m.              Hearing concluded.              Total time in Court:  00:19